# EXHIBIT C

IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA, IN AND FOR VOLUSIA COUNTY
CIVIL DIVISION

REGIONS BANK SUCCESSOR BY MERGER
WITH AMSOUTH BANK,

    Plaintiff,

-vs-

Case No.: 2018 10470 CIDL
Division: 02

ROBERT THIES and INA RUTH THIES, if living, and all unknown parties claiming by, through, under or against the above named Defendants who are not known to be dead or alive, whether said unknown parties may claim an interest as spouses, heirs, devisees, grantees, assignees, lienors, creditors, trustees or other claimants, claiming by, through, under or against the said ROBERT THIES or INA RUTH THIES; DEBARY PLANTATION COMMUNITY ASSOCIATION, INC., A FLORIDA NOT FOR PROFIT CORPORATION; UNKNOWN TENANT # 1; AND UNKNOWN TENANT # 2

    Defendants.
_____/

FILED AUG 14 2018 CLERK OF THE CIRCUIT & CTY. COURT VOLUSIA CTY, FL CC-64



## FINAL JUDGMENT OF FORECLOSURE

**THIS ACTION** was heard before the Court. On the evidence presented,

**IT IS ORDERED AND ADJUDGED** that:

1.    Plaintiff, REGIONS BANK SUCCESSOR BY MERGER WITH AMSOUTH BANK, whose address is 215 FORREST STREET HATTIESBURG, MISSISSIPPI 39401, is due:

| | |
|---|---:|
| Principal | $248,897.02 |

| | |
|---|---:|
| Interest to date of this judgment | $17,621.25 |
| Pre-acceleration Late Charges | $385.44 |
| Title search expenses | $150.00 |
| Property Valuation | $175.00 |
| Property Inspections | $150.00 |
| Property Taxes | $1,833.42 |

Attorneys' fees:
  Finding as to a reasonable flat fee: $3,450.00

The requested attorney's fee is a flat rate fee that the firm's client has agreed to pay in this matter. Given the amount of the fee requested and the labor expended, the Court finds that a lodestar analysis is not necessary and that the flat fee is reasonable.

| | |
|---|---:|
| Attorneys' fees total | $3,450.00 |
| Other Costs: | |
| Filing fee | $2,032.74 |
| Service of Process | $275.00 |
| TOTAL | **$274,969.87** |

that shall bear interest at the rate of 5.97% a year.

2.   Plaintiff holds a lien for the total sum superior to all claims or estates of defendant(s), on the following described property in Volusia County, Florida:

LOT 4, DEBARY PLANTATION, UNIT 16B-2, ACCORDING TO THE PLAT THEREOF AS RECORDED IN MAP BOOK 49, PAGE(S) 15 AND 16, OF THE PUBLIC RECORDS OF VOLUSIA COUNTY, FLORIDA

Property address:   126 Hickory Stick Court
                    Debary, Florida 32713

3.   If the total sum with interest at the rate described in paragraph 1 and all costs accrued subsequent to this judgment are not paid, the Clerk of the Court shall sell the property at public sale on _____10-23_____, 2018, to the highest bidder for cash, except as prescribed in paragraph 4:

[X]   By electronic sale beginning at 11:00 a.m. on the prescribed date at http://www.volusia.realforeclose.com.

4. Plaintiff shall advance all subsequent costs of this action **and post judgment advances** and shall be reimbursed for **such costs and post judgment advances** by the Clerk if plaintiff is not the purchaser of the property for sale, provided, however, that the purchaser of the property for sale shall be responsible for the documentary stamps payable on the Certificate of Title. If plaintiff is the purchaser, the Clerk shall credit plaintiff's bid with the total sum with interest, **costs and any post judgment advances made by the plaintiff** accruing subsequent to this judgment, or such part of it as is necessary to pay the bid in full.

5. On filing the Certificate of Title, the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of the plaintiff's costs **and post judgment advances**; second, documentary stamps affixed to the Certificate; third, plaintiff's attorneys' fees; fourth, the total sum due to the plaintiff, less the items paid, plus interest at the rate prescribed in paragraph 1 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this court.

6. On filing of the Certificate of Sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the Notice of Lis Pendens shall be foreclosed of all estate or claim in the property, except as to claims or rights under Chapter 718 or Chapter 720, Florida Statues, if any. Upon the filing of the Certificate of Title, the person named on the Certificate of Title shall be let into possession of the property.

7. **The Court retains jurisdiction of this action to enter further orders that are proper, including, without limitation, orders and judgments on supplemental complaints to re-foreclose to add omitted parties or remedy any other defects in the foreclosure proceedings, orders determining the amount of assessments or other charges owed to any condominium or homeowners association, writs of possession, and deficiency judgments as to any defendants who have not been discharged in bankruptcy.**

IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.

IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN SIXTY (60) DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CHECK WITH THE CLERK OF THE COURT, VOLUSIA COUNTY CIRCUIT COURT 101 NORTH ALABAMA AVENUE DELAND, FLORIDA 32724 WITHIN (10) DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL

MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.

IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT LEGAL AID ADMINISTRATION 219 NORTH VOLUSIA AVENUE ORANGE CITY, FLORIDA 32763 (386)-917-1022 TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT LEGAL AID ADMINISTRATION 219 NORTH VOLUSIA AVENUE ORANGE CITY, FLORIDA 32763 (386)-917-1022 FOR ASSISTANCE, YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.

**DONE AND ORDERED in Chambers at DeLand, Volusia County, Florida**

AUGUST 14, 2018

{Signature}

SANDRA C. UPCHURCH
CIRCUIT JUDGE

Copies to:

Rod B. Neuman, Esquire

Robert Thies
126 Hickory Stick Court
Debary, Florida 32713

Ina Ruth Thies
126 Hickory Stick Court
Debary, Florida 32713

Debary Plantation Community Association, Inc.
c/o David Y. Klein, Esquire
5550 Glades Road, Suite 500
Boca Raton, Florida 33431