# EXHIBIT D



The Daytona Beach Tag/Tax Office is temporarily located at the West Concourse of the Ocean Center, 101 N. Atlantic Ave, Daytona Beach, FL 32118. The DeLand, Orange City, and New Smyrna Beach Offices are open.

386-736-5938
Revenue@volusia.org

## 2017 Roll Details — Real Estate Account At 126 HICKORY STICK, DEBARY

Real Estate Account #802816000040   Parcel details   Latest bill   Full bill history   Print this page

| 2017 | 2016 | 2015 | 2014 | ... | 2002 |
|------|------|------|------|-----|------|
| PAID | PAID | PAID | PAID |     | PAID |

Get Bills by Email

PAID 2017-11-29
$3,260.47
Receipt #EEX-17-00000477
Print Receipt

**Owner:** THIES ROBERT & INA RUTH
126 HICKORY STICK CT
DEBARY, FL 32713
**Situs:** 126 HICKORY STICK
DEBARY

**Account number:** 802816000040
**Alternate Key:** 6090203
**Millage code:** 015 - DeBary
**Millage rate:** 19.16710
**Escrow company:** REGIONS MORTGAGE (CL-0054608)
95 METHODIST HILL DR-STE 100
ROCHESTER, NY 14623

**Assessed value:** 192,031
**School assessed value:** 192,031

Exemptions                                                    GIS - Property Appraiser

**HOMESTEAD:** 25,000
**ADDITIONAL HOMESTEAD:** 25,000

2017 Annual bill                        View

**Ad valorem:** $2,885.32
**Non-ad valorem:** $511.00
**Total Discountable:** 3396.32
**No Discount NAVA:** 0.00
**Total tax:**

Legal description

LOT 4 DEBARY PLANTATION UNIT 16B-2 MB 49 PGS 15 & 16 PER OR 5145 PG 2965
Location

**Book, page, item:** 5145-2965-
**Geo number:** 30182816000040
**Range:** 30
**Township:** 18
**Section:** 28


Neighborhood: 9858
Block: 00
Lot: 0040
Use code: 01
Total acres: 0.000



© 1997–2018, **Grant Street Group**. All rights reserved.

**Help - Contact us - Terms of service - Revenue Division home**

*Powered by*
**GRANT STREET GROUP**
*Software That Works ®*